**Dismiss and Opinion Filed March 22, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01059-CV

## IN THE INTEREST OF M.H., N.H., K.H., Z.H., AND O.H., CHILDREN

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-52469-2021

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Molberg

Before the Court is appellant's motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


231059f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.H., N.H., K.H., Z.H., AND O.H., CHILDREN

No. 05-23-01059-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-52469-2021.
Opinion delivered by Justice Molberg, Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 22nd day of March, 2024.